NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRONOS TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**EXPEDIA, INC., PRICELINE.COM INCORPORATED, (n/k/a The Priceline Group Inc.), PRICELINE.COM LLC, TRAVELOCITY.COM LP,**
*Defendants-Appellees*

---

2016-2528, -2529, -2530

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-01538-LPS, 1:13-cv-01541-LPS, and 1:13-cv-01544-LPS, Chief Judge Leonard P. Stark.

---

**O R D E R**

The above-captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

Accordingly,

It Is Ordered That:

The above-captioned appeals are consolidated. The revised official caption is reflected above. The appellant's opening brief is due no later than October 21, 2016.

For the Court

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31